No. 449. JOHN M. WATERBURY AND CHAUNCEY MARSHALL, PLAINTIFFS IN ERROR, *v.* PHENIX NATIONAL BANK. Error to the Supreme Court of the State of New York. March 3, 1911. Dismissed per stipulation of counsel. *Mr. Charles L. Atterbury* for the plaintiffs in error. *Mr. George Coffing Warner* for the defendant in error.

---

No. 461. NORTHERN PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MICHAEL GOLDEN. Error to the Supreme Court of the State of Montana. March 20, 1911. Dismissed with costs, on motion of *Mr. Evans Browne* for the plaintiff in error. *Mr. Charles W. Bunn* and *Mr. W. Wallace, Jr.*, for the plaintiff in error. No appearance for the defendant in error.

---

No. 146. THE UNITED STATES EX REL. WILLIAM H. BOYER, PLAINTIFF IN ERROR, *v.* EDWARD B. MOORE, COMMISSIONER OF PATENTS. Error to the Court of Appeals of the District of Columbia. April 3, 1911. Dismissed with costs per stipulation, on motion of *Mr. Solicitor General Lehmann* for the defendant in error. *Mr. Charles L. Sturtevant* for the plaintiff in error. *The Attorney General* for the defendant in error.